# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 21, 2019

## NO. 03-18-00658-CV

**Retirement and Nursing Center - Austin Ltd., Appellant**

**v.**

**Israel Joseph, Individually and as Personal Representative of the Estate of
Adriana Lopez Joseph, Deceased, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the orders signed by the trial court on February 2, 2017 and September 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.